THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHJEEM WILLIAMS, Appellant.
Submitted September 14, 2009; decided September 17, 2009

Reported below, 61 AD3d 470.

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place,

Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.